# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| CHERYL LYNN SPRAGGINS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:20-CV-1906-S-BT |
| | § | |
| CALIBER HOME LOANS, INC. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case on December 31, 2020. *See* ECF No. 16. No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED January 29, 2021

*[signature]*
**UNITED STATES DISTRICT JUDGE**